UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN, | No. 2:19-cv-0248 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| E.F. CASTILLO, et al., | |
| Defendants. | |

On September 5, 2019, the magistrate judge assigned to this case recommended that plaintiff's amended complaint be dismissed for failure to state a claim upon which relief can be granted and that this case be closed. Plaintiff was given an opportunity to file objections to the findings and recommendations. On October 30, 2019, and after the time allotted for filing objections expired, the findings and recommendations were adopted in full and judgment was entered. On November 15, 2019, plaintiff filed a motion asking that judgment be vacated and that he be granted 14 days within which to file objections to the September 5, 2019 findings and recommendations. Essentially, plaintiff asserts he could not file objections prior to the entry of judgment because of mental health problems and prison transfers.

/////

/////

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to vacate judgment (ECF No. 20) is granted; and

2. Plaintiff is granted fourteen days from the date of service of this order in which to file objections to the magistrate judge's September 5, 2019 findings and recommendations.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE