UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>E.F. CASTRILLO,<br><br>    Defendants. | No. 2:19-cv-00248 MCE CKD P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 5, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 5, 2019, are adopted in full;

2. Plaintiff's amended complaint is dismissed for failure to state a claim upon which relief can be granted; and

3. This case is closed.

IT IS SO ORDERED.

DATED: February 5, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE