UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN, | No. 2:19-cv-0248 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| E.F. CASTRILLO, et al. | |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, has filed a motion asking that the court reconsider its February 6, 2020 order dismissing this case. A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

Plaintiff does not present newly discovered evidence suggesting this matter should not have been dismissed and there has not been a change in the law. Furthermore, the court finds that, after a de novo review of this case, the order of dismissal is not manifestly unjust nor clearly erroneous.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 27) is denied.

IT IS SO ORDERED.

Dated: March 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE