UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>E.F. CASTRILLO, et al.,<br><br>Defendants. | No. 2:19-cv-0248 MCE CKD P<br><br><br><br>ORDER |

Plaintiff has filed a second motion asking that this case be re-opened. Judgment was entered in this case on February 6, 2020 and plaintiff's first motion asking that this action be re-opened was denied on March 10, 2020. As there is still no basis for relief in plaintiff's second motion (ECF No. 29) it is denied and plaintiff is advised that, absent extraordinary cause, the court will not respond to future filings.

Dated: March 23, 2020

_CAROLYN K. DELANEY_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow0248.dd

1